IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| MARCUS R. NEAL, | ) | |
| Plaintiff, | ) | CASE NO. 3:09-0183 |
| vs. | ) | Judge Wiseman |
| YATES SERVICES, LLC | ) | Magistrate Judge Knowles |
| Defendant. | ) | |

**AGREED ORDER AND STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal rule of Civil Procedure 41 and upon agreement of the parties, it is this day ORDERED, ADJUDGED and DECREED that Plaintiff's complaint and all claims asserted against Defendant in this action shall be and are hereby dismissed with prejudice. In addition, in furtherance of this Agreed Order the parties agree to pay their own respective attorneys' fees and costs incurred in this cause.

ENTERED this the **30TH** day of **NOVEMBER**, 2009.

_____
HONORABLE THOMAS A. WISEMAN, JR.
UNITED STATES DISTRICT JUDGE